**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEPHANIE SUKHRAM,

    Plaintiff,                              No. C 10-00800 JSW

  v.

UNIVERSITY OF CALIFORNIA, et al.,      **ORDER SETTING BRIEFING SCHEDULE**

    Defendants.
_____/

    This matter is set for a hearing on **June 25, 2010** at 9:00 a.m. on the motion to dismiss filed by Defendants. Plaintiff's opposition to this motion shall be filed by no later than **May 7, 2010** and the reply, if any, shall be filed by no later than **May 17, 2010**.

    If the Court determines that this matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: April 20, 2010

                                                     _____
                                                     JEFFREY S. WHITE
                                                     UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

STEPHANIE SUKHRAM,

        Plaintiff,

v.

UNIVERSITY OF CALIFORNIA et al,

        Defendant.

                                  /

Case Number: CV10-00800 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 20, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Stephanie Sukhram
P.O. Box 912
Benicia, CA 94510

Dated: April 20, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

2