IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE SUKHRAM,<br><br>    Plaintiff,<br><br>  v.<br><br>UNIVERSITY OF CALIFORNIA, et al.,<br><br>    Defendants.<br>_____/ | No. C 10-00800 JSW<br><br>**ORDER GRANTING STIPULATED REQUEST FOR EXTENSION OF TIME AS MODIFIED HEREIN** |

On May 6, 2010, the parties submitted a stipulated request to modify and extend the briefing schedule issued by this Court with respect to Defendants' pending motion to dismiss. In that stipulation, Plaintiff states that she intends to file an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B) and that the last day to do so is May 10, 2010. Plaintiff seeks an extension to May 17, 2010 to file her amended complaint. Plaintiff also seeks an extension of time from May 7, 2010 to May 21, 2010 to file an opposition to the pending motion to dismiss. However, if Plaintiff files an amended complaint, that will render moot the Defendants' pending motion to dismiss.

Accordingly, Plaintiff is HEREBY GRANTED until May 17, 2010 to file either (1) an amended complaint or (2) an opposition to Defendants' motion to dismiss. If Plaintiff files an amended complaint, the Defendants' motion to dismiss shall be deemed moot, the hearing set for June 25, 2010 shall be vacated, and Defendants shall either answer or file a further motion to dismiss by no later than twenty-one days after service of the amended complaint.

If Plaintiff chooses to oppose Defendants' motion, Defendant's reply brief shall be due on May 24, 2010, and the hearing set for June 25, 2010 shall remain on calendar pending a further order of the Court.

**IT IS SO ORDERED.**

Dated: May 7, 2010

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE