UNITED STATES DISTRICT COURT NORTHERN
DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE SUKHRAM,<br><br>        Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF CALIFORNIA,<br>HASTINGS COLLEGE OF THE LAW;<br>LEO MARTINEZ, in his official capacity as<br>Chancellor and Dean of the University of<br>California, Hastings College of the Law; SUE<br>LUNBECK, in her official capacity as Director<br>of the Disability Resource Program for the<br>University of California, Hastings College of<br>the Law; KEITH WINGATE, in his official<br>capacity as Associate Academic Dean of the<br>University of California, Hastings College of<br>the Law; and THOMAS GEDE, MARCI<br>DRAGUN, CARIN FUJISAKI, BRIAN<br>MONAGHAN, BRUCE SIMON, TINA<br>COMBS, CLAES LEWENHAUPT,<br>DONALD BRADLEY, and MAUREEN<br>CORCORAN, in their official capacities as the<br>Board of Directors of the University of<br>California, Hastings, College of the Law,<br><br>        Defendants. | Case No.: **3:10-CV-800 JSW**<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER SELECTING ADR PROCESS** |

    Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

    **Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE) (ADR L.R. 5)
    **X**  Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    **X**   other requested deadline   60 days from the date of this order

Dated: 6/25/10

ANDREA OXMAN
Attorney for Plaintiff

Dated: June 25, 2010

STACEY L. LEASK
Attorney for Defendants

---

When filing this document in ECF, please e sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

---

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
    Non-binding Arbitration
    Early Neutral Evaluation (ENE)
**X**  Mediation
    Private ADR

Deadline for ADR session
    90 days from the date of this order.
**X**  other   60 days from the date of this order

IT IS SO ORDERED.

DATED: June 28, 2010

HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE