DISABILITY RIGHTS LEGAL CENTER
Paula D. Pearlman (SBN 109038)
Paula.Pearlman@lls.edu
Shawna L. Parks (SBN 208301)
Shawna.Parks@lls.edu
Andrea F. Oxman (SBN 252646)
Andrea.Oxman@lls.edu
Matthew Strugar (SBN 232951)
Matthew.Strugar@lls.edu
919 ALBANY STREET
LOS ANGELES, CA 90015
TEL: (213) 736-1031
FAX: (213) 736-1428

Attorneys for Plaintiff STEPHANIE SUKHRAM

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE SUKHRAM,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF CALIFORNIA HASTINGS COLLEGE OF THE LAW; LEO MARTINEZ, in his official capacity as Chancellor and Dean of the University of California Hastings College of the Law; SUE LUNBECK, in her official capacity ass Director of the Disability Resource Program for the University of California Hastings College of the Law; KEITH H. WINGATE, in his official capacity as Associate Academic Dean of the University of California Hastings College of the Law; THOMAS GEDE, MARCI DRAGUN, CARIN FUJISAKI, BRIAN MONAGHAN, BRUCE SIMON, TINA COMBS, CLAES LEWENHAUPT, DONALD BRADLEY, and MAUREEN CORCORAN, in their official capacities as the Board of Directors of the University of California Hastings College of the Law,<br><br>Defendants. | Case No. 3:10-CV-00800-JSW<br><br>[proposed] **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Filed contemporaneously with Joint Stipulation to Continue Initial Case Management Conference<br><br>Complaint filed: February 25, 2010 |

## [proposed] ORDER

Pursuant to the stipulation of the parties submitted on September 2, 2010, IT IS ORDERED that the Initial Case Management Conference scheduled for Friday, September 10, 2010 at 1:30 p.m. be continued until such a date as the mediator certifies to this Court that the mediation process pursuant to General Order 56 is complete.

DATED: September 3, 2010

*Jeffrey S. White*
Honorable Jeffrey S. White
United States District Court

---

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE