1   DISABILITY RIGHTS LEGAL CENTER
2       Paula D. Pearlman (SBN 109038)
        Paula.Pearlman@lls.edu
3       Shawna L. Parks (SBN 208301)
        Shawna.Parks@lls.edu
        Andrea F. Oxman (SBN 252646)
4       Andrea.Oxman@lls.edu
        Matthew Strugar (SBN 232951)
5       Matthew.Strugar@lls.edu
6   919 ALBANY STREET
    LOS ANGELES, CA 90015
7   TEL:  (213) 736-1031
    FAX:  (213) 736-1428

8   Attorneys for Plaintiff STEPHANIE SUKHRAM

9

10              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
11

12  STEPHANIE SUKHRAM,                    Case No.  3:10-CV-00800-JSW

                  Plaintiff,
13

14          vs.
                                                            DENYING
15  UNIVERSITY OF CALIFORNIA,          [PROPOSED] ORDER ENTERING
    HASTINGS COLLEGE OF THE            STIPULATED PROTECTIVE ORDER
16  LAW; LEO MARTINEZ, in his          WITHOUT PREJUDICE
    official capacity as Chancellor and
17  Dean of the University of California
    Hastings College of the Law; SUE
18  LUNBECK, in her official capacity as
    Director of the Disability Resource
19  Program for the University of
    California Hastings College of the
20  Law; KEITH H. WINGATE, in his
    official capacity as Associate
21  Academic Dean of the University of
    California Hastings College of the
22  Law; THOMAS GEDE, MARCI
    DRAGUN, CARIN FUJISAKI,
23  BRIAN MONAGHAN, BRUCE
    SIMON, TINA COMBS, CLAES
24  LEWENHAUPT, DONALD
    BRADLEY, and MAUREEN
25  CORCORAN, in their official
    capacities as the Board of Directors of
26  the University of California Hastings
    College of the Law,
27
                  Defendants.
28

1

### [PROPOSED] ORDER

2

    Having considered the parties' Stipulation For Protective Order ~~and good~~

3

~~cause appearing for the issuance of a Protective Order,~~ IT IS HEREBY ORDERED

4

that the Stipulated Protective Order ~~shall be, and hereby is, entered.~~ is DENIED

5

WITHOUT PREJUDICE. Any protective order must explicitly provide that the parties will comply

6

with the procedures set forth in N.D. Local Civil Rule 79-5 when seeking to file documents under seal.

7

Dated: October 5, 2010

8

Hon. Jeffrey S. White

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2