DISABILITY RIGHTS LEGAL CENTER
  Paula D. Pearlman (SBN 109038)
  Paula.Pearlman@lls.edu
800 S. FIGUEROA ST., STE 1120
LOS ANGELES, CA 90017
TEL:  (213) 736-1496
FAX:  (213) 736-1428

Attorneys for Plaintiff STEPHANIE SUKHRAM

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE SUKHRAM,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF CALIFORNIA, HASTINGS COLLEGE OF THE LAW; LEO MARTINEZ, in his official capacity as Chancellor and Dean of the University of California Hastings College of the Law; SUE LUNBECK, in her official capacity as Director of the Disability Resource Program for the University of California Hastings College of the Law; KEITH H. WINGATE, in his official capacity as Associate Academic Dean of the University of California Hastings College of the Law; THOMAS GEDE, MARCI DRAGUN, CARIN FUJISAKI, BRIAN MONAGHAN, BRUCE SIMON, TINA COMBS, CLAES LEWENHAUPT, DONALD BRADLEY, and MAUREEN CORCORAN, in their official capacities as the Board of Directors of the University of California Hastings College of the Law,<br><br>Defendants. | Case No. 3:10-CV-00800-JSW<br><br>**[PROPOSED] ORDER** |

Pursuant to Plaintiffs' Notice of Dismissal With Prejudice the Court hereby rules as follows:

The above-captioned action has been dismissed in its entirety with prejudice.

DATED: April 16, 2012          By: _____
                                    UNITED STATES DISTRICT JUDGE

PROPOSED ORDER